**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN BELLETTE,<br><br>    Plaintiff,<br><br>        v.<br><br>RIVERSIDE COUNTY JAIL et al.,<br><br>    Defendants. | Case No. EDCV 17-0183-R (JPR)<br><br>**J U D G M E N T** |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: August 1, 2017

_____
MANUEL L. REAL
U.S. DISTRICT JUDGE